# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>JEAN BAPTISTE ALVAREZ | CRIMINAL ACTION<br><br>NO. 15-cr-377-1 |
|---|---|

## ORDER

**AND NOW** this _22nd___ day of July, 2016, for the reasons stated in the foregoing Memorandum, Defendant's Post-Trial Motion for Judgment of Acquittal and/or New Trial Pursuant to Federal Rules of Criminal Procedure 29 and 33 (ECF 70) is **DENIED**.

**BY THE COURT:**

*/s/ Michael M. Baylson*

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\Criminal Cases\15cr377 alvarez\15cr377 Order Denying Post trial relief.docx

1